NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CM 20-602


STATE OF LOUISIANA

IN THE INTEREST OF

C.N.L.  AND  G.M.A., JR.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2019121 JC
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT

JUDGE

**********

Court composed of Elizabeth A. Pickett, John E. Conery, and Jonathan W. Perry, Judges.


MOTION TO DISMISS UNLODGED APPEAL GRANTED.
APPEAL DISMISSED.


Corrie R. Gallien
Attorney at Law
600 Jefferson St, Suite 901
Lafayette, LA 70501
(337) 714-9077
COUNSEL FOR OTHER APPELLANT:
      M.B.L.A.

**Chantel Conrad**
**825 Kaliste Saloom Rd**
**Brandywine Building 3, Suite 150**
**Lafayette, LA 70508**
**(337) 262-2250**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana, Department of Children and Family Services**

**Christian B. Landry**
**Assistant District Attorney**
**Post Office Box 3306**
**Lafayette, LA 70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Tia Benton**
**Francis Hamilton-Acker**
**Acadiana Legal Services Corporation**
**1020 Surrey Street**
**Lafayette, LA 70501**
**(337) 237-4320**
**COUNSEL FOR APPELLEES:**
    **C.N.L.**
    **G.M.A., Jr.**

**Lloyd Dangerfield**
**c/o Indigent Defenders Office**
**Post Office Box 91908**
**Lafayette, LA 70509-1908**
**(337) 896-3777**
**COUNSEL FOR APPELLEE:**
    **G.M.A., Sr.**

**Casa Coordinator**
**c/o Casa of South Louisiana**
**227 La Rue France**
**Lafayette, LA 70508**
**(337) 268-5111**
**COUNSEL FOR APPELLEE:**
    **CASA of South Louisiana**

**PICKETT, Judge.**

Appellee, State of Louisiana, Department of Children and Family Services, filed a motion to dismiss the unlodged appeal of Appellant, M.B.L.A., as untimely. For the reasons that follow, we hereby dismiss the appeal.

A Judgment of Termination of Parental Rights and Certification for Adoption was rendered on October 5, 2020, terminating the parental rights of Appellant, M.B.L.A., over the minor children, G.M.A., Jr., and C.N.L. Notice of Signing of Judgment was mailed to the parties on October 13, 2020.

M.B.L.A. filed a Motion and Order of Appeal on November 9, 2020, seeking an appeal from the October 5, 2020 judgment. The order of appeal was signed on November 16, 2020. Before the record was lodged in this court, Appellee, State of Louisiana, Department of Children and Family Services, filed a Motion to Dismiss Unlodged Appeal, seeking the dismissal of the unlodged appeal as untimely under La.Ch.Code art. 332.

This court in *State in the Interest of B.D.L.*, 16-243, pp. 2-3 (La.App. 3 Cir. 6/1/16), 193 So.3d 583, 585-586, explained:

> Pursuant to La.Ch.Code art. 332, "[e]xcept as otherwise provided within a particular Title of this Code, appeals shall be taken within fifteen days from the mailing of notice of the judgment." The delay for applying for a new trial is three days, exclusive of holidays, from the mailing of notice of judgment. La.Ch.Code art. 332. It has been held that La.Code Civ.P. art. 2123, which provides the delay for taking a suspensive appeal, "does not apply to appeals taken from judgments under the Children's Code." *State in the Interest of K.B.*, 30,358, p. 2 (La.App. 2 Cir. 8/21/97), 698 So.2d 761, 762. This shortened delay for taking a suspensive appeal is "consistent with the statutory scheme of expediency." *State in the Interest of S.K.*, 15–457, p. (La.App. 5 Cir. 7/29/15), 189 So.3d 1103, 1104.

In the instant matter, the written judgment was signed on October 5, 2020 and notice of judgment was sent on October 13, 2020. M.B.L.A. did not move for a new trial. M.B.L.A.'s motion for appeal, however, was filed on November 9, 2020, after the delays had expired for applying for a new trial or an appeal. *See* La.Ch.Code art.

332. "The courts of appeal have consistently held that an appeal not timely filed in juvenile matters shall be dismissed." *State ex rel. C.P.,* 00–2703, p. 2 (La.1/17/01), 777 So.2d 470, 471. "[W]hen no other party has filed for an appeal," the party seeking the appeal "is not entitled to have [their] time for appeal extended." *Id.* at 472. Accordingly, we dismiss M.B.L.A.'s appeal as untimely since it was not taken within the fifteen-day delay provided by La.Ch.Code art. 332.

**MOTION TO DISMISS UNLODGED APPEAL GRANTED. APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.